AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana
**Indianapolis Division**

| | |
|---|---|
| **Matt Rhoades, Trustee and Indiana State Council of Plasterers and Cement Masons Health and Welfare Pension Funds** ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-995 |
| Chuck's Excavating & Landscaping, Inc ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Chuck's Excavating & Landscaping, Inc                                                                 .

Date:   7/3/25

s/ Todd A. Miller
*Attorney's signature*

Todd A. Miller - ARDC #6216561
*Printed name and bar number*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606

*Address*

tam@alloccomiller.com
*E-mail address*

312-675-4325
*Telephone number*

312-675-4326
*FAX number*

Print    Save As...    Reset