# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> CHUCK'S EXCAVATING & LANDSCAPING INC, an Illinois corporation, <br><br> Defendant. | Case No. 1:25-cv-995 |

## **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and among the parties, by counsel, that the above captioned matter be dismissed with prejudice for the audit period October 1, 2022 through March 31, 2025. Each side to bear their own attorney fees and costs.

| | |
|---|---|
| Donald D. Schwartz <br> ARNOLD AND KADJAN, LLP <br> 35 E Wacker Dr, Ste 600 <br> Chicago, IL 60601 <br> Attorney for Plaintiffs | Todd Miller <br> Allocco, Miller, & Cahill, P.C. <br> 20 N. Wacker Drive Suite 3517 <br> Chicago, IL 60606 <br> Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that this Agreed Stipulation of Dismissal with Prejudice was filed electronically on the 30th day of October 2025, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system.

        /s/Todd Miller
        Todd Miller
        Allocco, Miller, & Cahill, P.C.
        20 N. Wacker Drive Suite 3517
        Chicago, IL 60606
        312-675-4325
        tam@alloccomiller.com

        /s/ Donald D. Schwartz
        Donald D. Schwartz

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438