IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATT RHOADES, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:25-cv-995 |
| v. | ) |
| CHUCK'S EXCAVATING & LANDSCAPING INC, an Illinois corporation, | )<br>) |
| Defendant. | ) |

> The court acknowledges the Agreed Stipulation of Dismissal with prejudice, Dkt. [17]. The Clerk is DIRECTED to close this case on the docket. JPH 10/31/2025. Distribution via ECF.

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and among the parties, by counsel, that the above captioned matter be dismissed with prejudice for the audit period October 1, 2022 through March 31, 2025. Each side to bear their own attorney fees and costs.

| | |
|---|---|
| Donald D. Schwartz | Todd Miller |
| ARNOLD AND KADJAN, LLP | Allocco, Miller, & Cahill, P.C. |
| 35 E Wacker Dr, Ste 600 | 20 N. Wacker Drive Suite 3517 |
| Chicago, IL 60601 | Chicago, IL 60606 |
| Attorney for Plaintiffs | Attorney for Defendant |